UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TEVIS, et al., | No. 2:15-cv-00972-TLN-GGH |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

Plaintiffs, proceeding in this action pro se, have filed a second motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 7. This proceeding was referred to this court by Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). The court finds that plaintiffs' supporting affidavit makes the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, THE COURT HEREBY ORDERS that plaintiffs' motion to proceed in forma pauperis, ECF No. 7, is GRANTED.

Dated: August 4, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

1